**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| GLENN EARL WILLIAMS, #1069367 | § | |
| VS. | § | CIVIL ACTION NO. 6:06cv230 |
| DIRECTOR, TDCJ-CID | § | |

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.

Petitioner filed a motion to extend time (dkt#39) to file objections, and subsequently filed objections to the Report. Petitioner contends that he is entitled to equitable tolling. This Court made a *de novo* review of Petitioner's objections and determined that they lack merit. The Report and Recommendation addresses all Petitioner's equitable tolling arguments. This Court notes that ignorance of the law is insufficient to warrant equitable tolling. *Flores v. Quarterman*, 467 F.3d 484, 486 (5th Cir. 2006), *cert. denied* 127 S. Ct. 2909 (2007). Equity is not intended for those who sleep on their rights. *Fisher v. Johnson*, 174 F.3d 710, 714 (5th Cir. 1999), *cert. denied*, 531 U.S. 1164 (2001). Williams has failed to pursue federal relief with due diligence. *Phillips v. Donnelly*, 216 F.3d 508, 511 (5th Cir. 2000).

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS** that Petitioner's motion to extend time (dkt#39) to file objections is **GRANTED**;

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH**

**PREJUDICE**;

**ORDERS** that Petitioner is **DENIED** a certificate of appealability; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 19th day of June, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE