IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| GLENN EARL WILLIAMS, #1069367 | § | |
| VS. | § | CIVIL ACTION NO. 6:06cv230 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION AND ORDER
DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Came on for consideration, the Petitioner's motion to proceed *in forma pauperis* on appeal (docket entry #83).

On March 27, 2012, the assigned Magistrate Judge filed a Report and Recommendation (R&R) that Petitioner's petition be dismissed with prejudice (docket entry #72). The Petitioner then filed objections (docket entry #76) to the Magistrate Judge's R&R. His objections largely restated his original arguments and incorporated by reference his response in opposition he filed against the Director's answer.

On a *de novo* review, the Court overruled Petitioner's objections, adopted the R&R, denied all relief and dismissed Petitioner's habeas petition with final judgment entered on May 10, 2012. The Court denied a certificate of appealability ("COA") at the same time.

For the reasons stated in the Report and Recommendation and the Order of Dismissal adopting the Report and Recommendation and dismissing Petitioner's habeas petition, Petitioner does not have a "good faith" non-frivolous issue for appeal as required for leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A); *Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997) (To comply with Rule 24 and to inform the Court of Appeals of the reasons for its certification, a district court may incorporate by reference its order dismissing an appellant's claims (in the context of a civil rights action pursuant to 42 U.S.C. § 1983)). Furthermore, because the Petitioner has not shown that he is entitled to a certificate of appealability, he also has not shown

1

that he is entitled to proceed *in forma pauperis* on appeal.  *United States v. Delario*, 120 F.3d 580, 582-83 (5th Cir. 1997).  In addition, Petitioner did not proceed *in forma pauperis* in the District Court.  Therefore, Petitioner is denied leave to proceed *in forma pauperis* on appeal.  It is accordingly

**ORDERED** that the motion to proceed *in forma pauperis* on appeal (docket entry #83) is **DENIED**.  All future motions should be filed with the Clerk of the United States Court of Appeals for the Fifth Circuit.

**It is SO ORDERED.**

**SIGNED this 27th day of September, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE